

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2022

No. 04-22-00717-CV

Jose Richard **GONZALEZ** and Elda E. Gonzalez,
Appellants

v.

**CITY OF PREMONT, TEXAS**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 20-09-60606-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

On August 22, 2022, Appellants Elda E. Gonzalez and Jose R. Gonzalez filed a notice of appeal. When they filed the notice of appeal, this court notified appellants in writing that their notice of appeal had been conditionally filed because the $205.00 filing fee had not been paid. We instructed appellants to pay the fee by November 7, 2022 and cautioned if the fee was not paid, the appeal was subject to being stricken by this court. Appellants have not paid the fee.

We therefore **order** appellants to show cause in writing by **December 5, 2022** stating either: (1) the filing fee has been paid; or (2) they are entitled to appeal without paying the $205.00 filing fee. If appellants fail to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c). All other appellate deadlines are suspended pending the payment of the filing fee.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2022.



Michael A. Cruz,
Clerk of Court